IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE DAVI FAMILY TRUST ET AL, | CASE NO. 5:CV 13-00160-EJD |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| AGGRESSIVE ENERGY GROUP, INC. ET AL, | |
| Defendant(s). | |

The above-entitled action is scheduled for a Case Management Conference on May 17, 2013. In light of the parties' Stipulation to Dismiss the Answering Defendants (see Docket Item No. 43) and anticipated motion for entry of default judgment (see Docket Item No. 17), the court finds an appearance unnecessary at this time. Accordingly, the Case Management Conference is VACATED.

**IT IS SO ORDERED.**
Dated: May 13, 2013



EDWARD J. DAVILA
United States District Judge