IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE DAVI FAMILY TRUST, et. al., | CASE NO. 5:13-cv-00160 EJD |
| Plaintiff(s), | **ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS** |
| v. | |
| AGGRESSIVE ENERGY GROUP, INC., et. al., | [Docket Item No(s). 52] |
| Defendant(s). | |

Plaintiffs' Motion to Dismiss Defendant Roy L. Briggs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Docket Item No. 52) is GRANTED. Accordingly, Defendant Briggs is DISMISSED WITHOUT PREJUDICE.

Since this dismissal represents a final resolution of this action, all other pending matters are VACATED and the Clerk shall close this file.

**IT IS SO ORDERED.**

Dated:  August 25, 2014

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-cv-00160 EJD
ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS