EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and address):* | TEL NO.: |
|---|---|
| ☑ Recording requested by and return to:<br>Thomas Vogele, Esq.<br>Thomas Vogele & Associates, APC<br>3199 Airport Loop Dr. Ste. A3<br>Costa Mesa, CA 92626 | 254557 |

☑ ATTORNEY FOR   ☑ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 280 South 1st Street, Room 2112
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose 95113
BRANCH NAME: Northern District - San Jose

FOR RECORDER'S USE ONLY

PLAINTIFF: The Davi Family Trust and Bert Cutino

DEFENDANT: Aggressive Energy Group, Inc. et al.

**ABSTRACT OF JUDGMENT** ☐ Amended

CASE NUMBER: 5:13-cv-00160

FOR COURT USE ONLY

1. The ☑ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   Name and last known address
   ┌─────────────────────────────────────┐
   │ Tyludadeda, LLC dba Tropical Tail Energy │
   │ Group                                │
   │ 12290 N. Eagle Road                  │
   │ Flagstaff, AZ 86004                  │
   └─────────────────────────────────────┘

   b. Driver's license No. and state:   ☑ Unknown
   c. Social security No.:              ☑ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

   e. ☐ Original abstract recorded in this county:
      (1) Date:
      (2) Instrument No.:

   f. ☐ Information on additional judgment debtors is shown on page two.

Date: 9/4/2015  Thomas Vogele
(TYPE OR PRINT NAME)

▶ *(signature)* Thomas Vogele
(SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. ☐ I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. ☑ A certified copy of the judgment is attached.
3. Judgment creditor *(name and address):*
   The Davi Family Trust and Bert Cutino
   3199 Airport Loop Dr. Ste. A3, Costa Mesa, CA 92626
4. Judgment debtor *(full name as it appears in judgment):*
   Tyludadeda, LLC d/b/a Tropical Tail Energy Group

[SEAL]

5. a. Judgment entered on *(date):* 8/4/2014
   b. Renewal entered on *(date):*
   This abstract issued on *(date):* 11-30-2015

6. Total amount of judgment as entered or last renewed: $ 146,977.62
7. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of *(name and address):*

8. A stay of enforcement has
   a. ☑ not been ordered by the court.
   b. ☐ been ordered by the court effective until *(date):*
9. ☐ This judgment is an installment judgment.

Clerk, by Sandy Nunes , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2003]

**ABSTRACT OF JUDGMENT**
**(CIVIL)**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF: The Davi Family Trust and Bert Cutino | CASE NUMBER: |
|---|---|
| DEFENDANT: Aggressive Energy Group, Inc. et al. | 5:13-cv-00160 |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

10. Name and last known address

Driver's license No. & state:  ☐ Unknown
Social security No.:  ☐ Unknown
Summons was personally served at or mailed to (address):

14. Name and last known address

Driver's license No. & state:  ☐ Unknown
Social security No.:  ☐ Unknown
Summons was personally served at or mailed to (address):

11. Name and last known address

Driver's license No. & state:  ☐ Unknown
Social security No.:  ☐ Unknown
Summons was personally served at or mailed to (address):

15. Name and last known address

Driver's license No. & state:  ☐ Unknown
Social security No.:  ☐ Unknown
Summons was personally served at or mailed to (address):

12. Name and last known address

Driver's license No. & state:  ☐ Unknown
Social security No.:  ☐ Unknown
Summons was personally served at or mailed to (address):

16. Name and last known address

Driver's license No. & state:  ☐ Unknown
Social security No.:  ☐ Unknown
Summons was personally served at or mailed to (address):

13. Name and last known address

Driver's license No. & state:  ☐ Unknown
Social security No.:  ☐ Unknown
Summons was personally served at or mailed to (address):

17. Name and last known address

Driver's license No. & state:  ☐ Unknown
Social security No.:  ☐ Unknown
Summons was personally served at or mailed to (address):

18. ☐ Continued on Attachment 18.

Thomas A. Vogele, Esq. (SBN 254557)
THOMAS VOGELE & ASSOCIATES, APC
3199 Airport Loop Drive, Suite A3
Costa Mesa, California 92626
Telephone: (714) 641-1232
Facsimile: (888) 391-4105
E-mail: tvogele@tvalaw.com

Attorneys for plaintiffs The Davi Family Trust and Bert Cutino

**ECF DOCUMENT**
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Northern District of California.
Date Filed: OCT 1 0 2014
RICHARD W. WIEKING, Clerk
By: _____, Deputy Clerk

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| THE DAVI FAMILY TRUST and BERT CUTINO,<br><br>Plaintiffs,<br><br>vs.<br><br>AGGRESSIVE ENERGY GROUP, INC.; BERT I. BARRON, an individual; ROY L. BRIGGS, an individual; and TYLUDADEDA, LLC d/b/a TROPICAL TAIL ENERGY GROUP,<br><br>Defendants. | Civil Action No. 5:13-cv-00160-EJD<br><br>[PROPOSED] JUDGMENT<br><br>Action Filed: February 3, 2011<br>Trial Date:   None |

    This matter having been submitted to the Court pursuant to the default prove up by plaintiffs The Davi Family Trust and Bert Cutino ("**Plaintiffs**") against defendant Tyludadeda, LLC d/b/a Tropical Tail Energy Group ("**Tyludadeda**") for a judgment against Tyludadeda in favor of Plaintiffs, and good cause appearing therefor; and

    The Court, having considered the documentary and testimonial evidence offered in support of Plaintiffs' claims against Tyludadeda;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

    1) As to the cause of action for violations of Texas Securities Act sections 33(A)(1) and 33(A)(2) and for rescission and damages, the Court finds for Plaintiffs and

against Tyludadeda and enters judgment for Plaintiffs in the amount of $64,000.

2) As to the cause of action for violations of Texas Securities Act section 33(F)(2) as a suit against aiders, the Court finds for Plaintiffs and against Tyludadeda and enters judgment for Plaintiffs in the amount of $64,000.

3) By operation of law, double recovery is not permitted on the causes for action for violations of Texas Securities Act sections 33(A)(1), 33(A)(2), or 33(F)(2).

4) Plaintiffs are entitled to attorneys' fees and costs from Tyludadeda in the amount of $65,735.96, pursuant to section 33 of the Texas Securities Act.

5) Plaintiffs are entitled to post-judgment interest on any judgment entered in their favor at the legal rate defined in 28 U.S.C. section 1961.

6) Plaintiffs are entitled to recover prejudgment interest in the total amount of $17,241.66.

###

Date: August 4, 2014

*[signature]*
United States District Court Judge
Edward J. Davila

Submitted by:

THOMAS VOGELE & ASSOCIATES, APC

By: *[signature]*
Thomas A. Vogele
Attorneys for Plaintiffs The Davi Family Trust and Bert Cutino

- 2 -
[PROPOSED] JUDGMENT